UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 14814
    ROBIN R OWENS

                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY


             Debtor
    SSN XXX-XX-9699

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/10/2008 and was not confirmed.

    The case was dismissed without confirmation 09/11/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL CASH NET | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1115.83 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 1101.84 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| COOK COUNTY STATES ATTOR | UNSECURED | NOT FILED | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 280.40 | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 777.97 | .00 | .00 |
| MONROE & MAIN | UNSECURED | 330.48 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 445.00 | .00 | .00 |
| RADIOLOGICAL PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 1176.00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1452.30 | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| JACQUELINE OWENS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 178.00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,324.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:

------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00

            PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 14814 ROBIN R OWENS

```
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                            .00
DEBTOR REFUND                                                   .00
                          ---------------    ---------------
TOTALS                              .00                .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
       Dated: 12/22/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE